# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| GABRIEL SANCHEZ | § § | |
| v. | § § § | CIVIL ACTION NO. 3:22-CV-407-S-BN |
| TRACIE MCCORMICK TRUCKING, INC., et al. | § § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 10. Plaintiff filed objections. *See* ECF No. 12. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objections were made, and reviewed the remaining portions of the findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court therefore **DENIES** Plaintiff's Motion to Remand [ECF No. 8].

**SO ORDERED.**

SIGNED March 24, 2022.

_____
**UNITED STATES DISTRICT JUDGE**